# Exhibit B

US009868073B2

## (12) United States Patent
### Yamada et al.

(10) Patent No.: **US 9,868,073 B2**
(45) Date of Patent: **\*Jan. 16, 2018**

(54) **TRANSFORMABLE TOY**

(71) Applicant: **Spin Master Ltd.**, Toronto (CA)

(72) Inventors: **Satoshi Yamada**, Ichikawa (JP); **Fujio Nobata**, Tokyo (JP)

(73) Assignee: **Spin Master Ltd.**, Toronto (CA)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **15/091,283**

(22) Filed: **Apr. 5, 2016**

(65) **Prior Publication Data**

US 2016/0214025 A1    Jul. 28, 2016

### Related U.S. Application Data

(60) Continuation of application No. 13/939,033, filed on Jul. 10, 2013, now Pat. No. 9,308,461, which is a
(Continued)

(30) **Foreign Application Priority Data**

Feb. 20, 2006    (JP) .................................. 2006-41918

(51) **Int. Cl.**
| | | |
|---|---|---|
| *A63H 33/26* | (2006.01) | |
| *A63H 33/00* | (2006.01) | |
(Continued)

(52) **U.S. Cl.**
CPC ........... *A63H 33/003* (2013.01); *A63H 3/003* (2013.01); *A63H 11/00* (2013.01); *A63H 17/008* (2013.01); *A63H 33/26* (2013.01)

(58) **Field of Classification Search**
CPC ....... A63H 33/26; A63H 33/003; A63H 11/00
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 152,250 | A | 6/1874 | Powers |
| 2,277,672 | A | 3/1942 | Stone |
(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CA | 1328474 | 4/1994 |
| EP | 0337960 | 10/1989 |
(Continued)

OTHER PUBLICATIONS

Australian Patent Application 2007200737 Applicant's Reply to Examiner's Report filed Sep. 26, 2011.
(Continued)

*Primary Examiner* — John E Simms, Jr.
(74) *Attorney, Agent, or Firm* — Erise IP, P.A.

(57) **ABSTRACT**

A toy with an exterior structure. Constructed to transform from a rollable first shape to a second shape. An interior structure inside the exterior structure is endowed with a magnetic body that moves by way of a magnetic force that acts from the exterior of the toy, an interior locking portion that moves simultaneously with the movement of this magnetic body, and a biasing member that effects a force which moves or turns this interior locking portion in a particular direction. If the magnetic force does not act from the exterior of the toy, the first shape of the exterior structure maintained. In the event that a magnetic force has acted from the exterior of the said toy, the exterior structure transforms from the first shape to the second shape.

**20 Claims, 12 Drawing Sheets**



## US 9,868,073 B2

Page 2

### Related U.S. Application Data

division of application No. 12/821,890, filed on Jun. 23, 2010, now Pat. No. 8,500,508, which is a continuation of application No. 11/644,913, filed on Dec. 22, 2006, now Pat. No. 7,785,168.

(51) **Int. Cl.**

| | | |
|---|---|---|
| *A63H 11/00* | (2006.01) | |
| *A63H 17/00* | (2006.01) | |
| *A63H 3/00* | (2006.01) | |

(56)       **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,987,852 A | 6/1961 | Koch | |
| 3,095,123 A | 7/1963 | McKnight et al. | |
| 3,166,322 A | 1/1965 | Branneman | |
| 3,401,485 A | 9/1968 | Goodrum, Jr. | |
| 3,520,078 A | 7/1970 | Klamer | |
| 3,626,961 A | 12/1971 | Quinones | |
| 3,831,986 A | 8/1974 | Kobayashi | |
| 4,132,032 A | 1/1979 | Triska | |
| 4,326,235 A * | 4/1982 | Hopkins | E05B 47/00 |
| | | | 292/201 |
| 4,411,097 A | 10/1983 | Murakami | |
| 4,516,948 A | 5/1985 | Obara | |
| 4,571,199 A | 2/1986 | Murakami | |
| 4,575,348 A * | 3/1986 | Wiggs | A63H 13/16 |
| | | | 446/310 |
| 4,581,904 A | 4/1986 | Lehmann et al. | |
| 4,605,383 A | 8/1986 | Horiuchi | |
| 4,606,618 A | 8/1986 | Geller | |
| D287,258 S | 12/1986 | Maruyama | |
| 4,674,990 A | 6/1987 | Ohno | |
| 4,687,459 A | 8/1987 | Lockett | |
| 4,696,656 A | 9/1987 | Torres et al. | |
| 4,708,687 A | 11/1987 | Goldberg et al. | |
| 4,817,936 A | 4/1989 | Matsuda | |
| 4,874,340 A | 10/1989 | Smallwood | |
| 5,019,010 A | 5/1991 | Nikaido et al. | |
| 5,076,623 A * | 12/1991 | Richards | E05B 47/0038 |
| | | | 292/144 |
| 5,090,935 A | 2/1992 | Monson | |
| 5,090,938 A | 2/1992 | Reynolds | |
| 5,098,327 A | 3/1992 | Ferrero | |
| 5,169,156 A * | 12/1992 | Smollar | A63H 18/00 |
| | | | 273/371 |
| 5,188,405 A | 2/1993 | Maccaferri | |
| 5,209,345 A | 5/1993 | Haugabook | |
| 5,310,378 A * | 5/1994 | Shannon | A63H 33/004 |
| | | | 446/268 |
| 5,439,408 A * | 8/1995 | Wilkinson | A63H 33/005 |
| | | | 446/409 |
| 5,855,499 A | 1/1999 | Yamazaki et al. | |
| 6,126,507 A | 10/2000 | Lieberman | |
| 6,203,393 B1 | 3/2001 | Flynn | |
| 6,231,346 B1 | 5/2001 | Sagi-Dolev | |
| 6,261,146 B1 | 7/2001 | Spector | |
| 6,261,149 B1 | 7/2001 | Moore | |
| 6,572,436 B1 | 6/2003 | So | |
| 6,592,427 B1 | 7/2003 | Wilhelm et al. | |
| 6,638,136 B1 | 10/2003 | Lee et al. | |
| 6,719,606 B1 | 4/2004 | Mukensturm | |
| 6,752,679 B1 | 6/2004 | Lui | |
| 7,306,504 B2 | 12/2007 | Saucier | |
| 7,458,874 B2 | 12/2008 | Rung et al. | |
| 2002/0098770 A1 * | 7/2002 | Mesch | A63H 13/16 |
| | | | 446/310 |
| 2003/0016443 A1 * | 1/2003 | Shin | G02B 23/18 |
| | | | 359/408 |
| 2003/0176147 A1 | 9/2003 | Norman | |
| 2004/0200434 A1 * | 10/2004 | Shatoff | A01K 15/025 |
| | | | 119/707 |
| 2006/0009115 A1 * | 1/2006 | Saucier | A63H 33/003 |
| | | | 446/268 |
| 2010/0291831 A1 * | 11/2010 | Yamada | A63H 33/26 |
| | | | 446/129 |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| FR | 2314111 A1 | 1/1977 |
| FR | 2559072 | 8/1985 |
| GB | 2123795 | 2/1984 |
| GB | 2184663 | 7/1987 |
| GB | 2217218 | 10/1989 |
| JP | 57-126289 | 1/1956 |
| JP | 38-9155 | 5/1963 |
| JP | 58-126893 | 8/1983 |
| JP | 58-165881 | 9/1983 |
| JP | 58-179191 | 11/1983 |
| JP | 60-253480 A | 12/1985 |
| JP | 62-111092 | 7/1987 |
| JP | 1-112893 | 7/1989 |
| JP | H1-161797 | 11/1989 |
| JP | H1-161797 U | 11/1989 |
| JP | 61-115593 | 7/1990 |
| JP | 06-000160 Y | 1/1994 |
| JP | 2003-190648 | 7/2003 |
| JP | 3112866 | 8/2005 |
| WO | WO/0156674 | 8/2001 |
| WO | 2006051417 A2 | 5/2006 |

#### OTHER PUBLICATIONS

Australian Patent Application 2007200737 Notice of Acceptance dated Oct. 13, 2011.

Canadian Patent Application No. 2,547,539 Applicant's Reply to Office Action filed Jul. 14, 2008.

European Patent Application 04256605.9 Search Report dated Oct. 31, 2005.

European Patent Application 04256605.9 Office Action dated Aug. 23, 2006.

European Patent Application 04256605.9 Applicant's Reply to Office Action filed Jan. 31, 2007.

European Patent Application 04256605.9 Office Action dated Jun. 2, 2008.

European Patent Application 04256605.9 Applicant's Reply to Office Action filed Oct. 8, 2008.

European Patent Application 04256605.9 Notice of Intention to Grant dated Jun. 4, 2009.

European Patent Application 07250653.8 Applicant's Reply to Office Action Filed Jul. 16, 2008.

European Patent Application 07250653.8 Applicant's Reply to Office Action filed Aug. 6, 2009.

European Patent Application 07250653.8 Notice of Intention to Grant dated Oct. 9, 2009.

PCT Patent Application Serial No. PCT/JP2007/053082 International Search Report dated May 15, 2007.

Petition for Inter Partes Review of U.S. Pat. No. 7,306,504, *Choirock Contents Factory Co., Ltd.* v. *Spin Master Ltd., et al.*, IPR No. IPR2017-00030, filed Oct. 7, 2011.

Tribunal Di Milano Filed by Choirock Contents Factory Co. Ltd. in Italy against EP Patent 1820548, Aug. 4, 2016.

U.S. Appl. No. 10/889,488 File History dated Jul. 12, 2004 through Nov. 21, 2007.

U.S. Appl. No. 11/644,913 File History dated Dec. 22, 2006 through Nov. 8, 2010.

U.S. Appl. No. 11/944,126 File History dated Nov. 21, 2007 through May 19, 2010.

U.S. Appl. No. 12/821,890 File History dated Jun. 23, 2010 through Jul. 17, 2013.

U.S. Appl. No. 13/939,033 File History dated Jul. 10, 2013 through Mar. 24, 2016.

Canadian Office Action issued by the Canadian Intellectual Property Office, dated Jan. 23, 2008.

**US 9,868,073 B2**

Page 3

(56)          **References Cited**

OTHER PUBLICATIONS

European Search Report Application No. 07250653.8-2318 dated Mar. 7, 2008.
Japan International Search Report dated May 15, 2007.
European Search Report dated Jun. 25, 2007 issued in a corresponding application No. 07250653.8-2318.
European Office Action dated May 5, 2009 issued in a corresponding application No. 07250653.8-2318.
Australian Office Action dated May 26, 2010 issued in corresponding application No. 2007200737.
Canadian Office Action dated Jan. 23, 2008 issued in corresponding application No. 2,547,539.
*Choirock Contents Factory Co. Ltd.* v. *Spin Master*, Court of Milan, Italy, No. 53599/2016 Re EP 1820548; Second Technical Brief for Choirock Contents Factory Co. Ltd. dated Oct. 13, 2017, English Translation Attached.
*Choirock Contents Factory Co. Ltd.* v. *Spin Master*, Court of Milan, Italy, No. 53599/2016 Re EP 1820548; Second Technical Brief for Spin Master Ltd. dated Oct. 13, 2017, English Translation Attached.
Italian Patent Application TO2004A000796 filed Nov. 12, 2004, Machine Translation Attached.
1st Technical Brief filed in Tribunal Di Milano Filed by Choirock Contents Factory Co. Ltd. in Italy against EP Patent 1820548, filed Sep. 15, 2017, English Translation Attached.
*Spin Master Ltd.* v. *Mattel Canada Inc.*, Canadian Federal Court No. T-231-17, Statement of Defence and Counterclaim, dated Nov. 10, 2017.
*Choirock Contents Factory Co. Ltd.* v. *Spin Master*, Court of Milan, Italy, No. 53599/2016 Re EP 1820548; Draft Report by Court Appointed Expert dated Nov. 13, 2017, English Translation Attached.
*Spin Master Ltd.* v. *Mattel Canada Inc.*, Canadian Federal Court No. T-231-17, Observation on the Court Expert's Draft Report, dated Nov. 10, 2017 (English Translation Attached).

* cited by examiner



Figure 1

Figure 2



Figure 3



**U.S. Patent**          Jan. 16, 2018          Sheet 3 of 12          US 9,868,073 B2

Figure 4



Figure 5(a)



Figure 5(b)



Figure 6(a)



Figure 6(b)



Figure 7



U.S. Patent      Jan. 16, 2018      Sheet 7 of 12      US 9,868,073 B2



Figure 8

Figure 9



Figure 10



Figure 11



Figure 12(a)



Figure 12(b)



Figure 13



Figure 14



Figure 15



US 9,868,073 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

# TRANSFORMABLE TOY

## CROSS REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 13/939,033 which was filed with the U.S. Patent and Trademark Office on Jul. 10, 2013, which is a divisional of U.S. patent application Ser. No. 12/821,890 which was filed with the U.S. Patent and Trademark Office on Jun. 23, 2010, which is a continuation of U.S. patent application Ser. No. 11/644,913 which was filed with the U.S. Patent and Trademark Office on Dec. 22, 2006, which claims priority from Japanese Patent Application No. 2006-41918 filed Feb. 20, 2006.

## BACKGROUND OF THE INVENTION

Field of the Invention

The present invention relates to a toy, and in particular to a toy that transforms by means of the action of a magnetic force.

Description of the Related Art

Historically, there have been toys that have been proposed and that have come into practical use which have brought forth a variety of game effects by means of the action of a magnetic force. For example, there was a toy proposed, equipped with a doll furnished with a permanent magnet and a house frame furnished with a magnetic substance, which expanded by means of a magnetic force (refer to patent document 1, for example). In such a toy, in the event that the doll was brought near to the house frame, the expansion of the house frame and the opening of the door were automatically realized by means of the magnet furnished within the doll attracting the magnetic substance furnished within the house frame.

## SUMMARY OF THE INVENTION

Although historical magnetic-force-expansion-style toys (the house frame toy, for example) like that defined in the said patent document 1 must have a mechanism installed within the interior thereof that acts by means of a magnetic force, because these toys can only be used by placing them in particular locations, there were few restrictions placed upon the shapes and sizes thereof in their design.

However, in the event that a shooting game is to be developed, for example, in which a shooter that shoots magnetic-force-expansion-style toys is used to send these toys running through a travel motion toy furnished with rails and various traps, although the miniaturization and amelioration of the toy itself is necessary, the following problems emerge under such circumstances.

Namely, in order to realize the miniaturization of magnetic-force-expansion-style toys, although both (1) space to incorporate a variety of mechanisms that operate by means of a magnetic force, and (2) space to house the expanded components, must be established, securing both of these spaces within the interior of a small toy involves considerable design difficulties. Further, in order to potentiate a shooting game in which magnetic-force-expansion-style toys are used, these toys must be given rollable shapes (spherical shapes, for example), but achieving the miniaturization of such toys while still employing rollable shapes involves considerable design difficulties, and this has not yet been realized by means of prior art.

The present invention is in consideration of such circumstances, and aims to dramatically increase the commercial value of the toy and impart fresh wonderment and intellectual excitement to its players by means of making the magnetic-force-expansion-style toy rollable.

In order to achieve the said aims, the toy pertaining to the present invention is characterized by being a toy equipped with an exterior structure constructed in such a way that it transforms from a rollable first shape to a second shape, and an interior structure contained within the interior of this exterior structure, and wherein the exterior structure is endowed with a transformation means that transforms the exterior locking portion and the exterior structure from the first shape to the second shape, and wherein the interior structure is endowed with a magnetic body that moves by means of a magnetic force that acts from the exterior of the toy, an interior locking portion that moves simultaneously with the movement of the magnetic body, and a biasing means that effects a force which moves or turns this interior locking portion in a particular direction, and wherein, in the event that a magnetic force does not act from the exterior of the toy, a locked state of the interior locking portion, which moved or turned in a particular direction by means of the force of the biasing means, and the exterior locking portion is realized, and the first shape of the exterior structure is thereby maintained, and wherein, on the contrary, in the event that a magnetic force has acted from the exterior of the toy, the magnetic body and the interior locking portion resist the force of the biasing means and move or turn, the locked state of the interior locking portion and the exterior locking portion is thereby released, and the exterior structure thereby transforms from the first shape to the second shape by means of the transformation means.

According to such a construction, in the event that a magnetic force does not act from the exterior of the toy, a locked state of the interior locking portion, which moved or turned in a particular direction by means of the force of the biasing means, and the exterior locking portion is realized, and the rollable first shape (a roughly spherical shape, for example) of the exterior structure is thereby maintained. On the contrary, in the event that a magnetic force has acted from the exterior of the toy, the magnetic body and interior locking portion resist the force of the biasing means and move or turn, the locked state of the interior locking portion and exterior locking portion is thereby released, and the exterior structure thereby transforms from the first shape to the second shape by means of the transformation means.

Namely, the toy can maintain the rollable first shape until a force (magnetic force) that attracts the magnetic body acts from the exterior of the toy. Consequently, the realization of games such as shooting games in which the toy pertaining to the present invention is sent running through a travel motion toy, for example, is potentiated. Further, simply by effecting a magnetic force from the exterior of the toy, the magnetic body and the interior locking portion within the interior of the toy move or turn, and the locked state of the interior locking portion of the interior structure and exterior locking portion of the exterior structure is thereby released, and the toy can hence automatically transform from the first shape to the second shape. Consequently, by positioning a magnet in a particular location on a travel motion toy, for example, the sudden transformation of the toy traveling on the travel motion toy in the rollable first shape to a different shape (the second shape), on this particular location, is potentiated. Further, because the mechanism for transforming the toy from the first shape to the second shape is relatively simple, the realization of the miniaturization of the toy is also

US 9,868,073 B2

3

potentiated. Hereby, the commercial value of the toy can be dramatically increased, and the impartation of fresh wonderment and intellectual excitement to its players is potentiated.

In the said toy, an interior locking portion, which moves integrally with the magnetic body in the interval between the central location and near-surface location of the toy in a rectilinear fashion, can be employed. In such an event, a biasing means, which effects a force that moves the interior locking portion from the near-surface location towards the central location of the toy, can be employed.

Further, in the said toy, the interior structure can be furnished with a first interior turning portion that turns integrally with the magnetic body upon a first interior turning axis, and a second interior turning portion that turns upon a second interior turning axis simultaneously with this first interior turning portion. In such an event, an interior locking portion that turns integrally with the second interior turning portion can be employed, as well as a biasing means that effects a force which turns the second interior turning portion and the interior locking portion in a particular direction.

Further, in the said toy, the exterior structure can be furnished with a first exterior turning component that turns upon a first exterior turning axis, and a second exterior turning component that turns upon a second exterior turning axis. In such an event, a transformation means that employs a turning means that effects a force which turns the first and second exterior turning components can be employed. Further, a construction can be employed in which, in the event that a magnetic force acts from the exterior of the toy and the locked state of the interior locking portion and exterior locking portion is released, the turning of the first exterior turning component and the turning of the second exterior turning component is realized, in this order.

Further, in the said toy, it is desirable for the exterior structure to employ a construction in which it is restorable from the second shape to the first shape, and in which, in the event that the exterior structure has been restored from the second shape to the first shape, a locked state of the interior locking portion and exterior locking portion is thereby realized, and the first shape of the exterior structure is thereby maintained once again.

If such a construction is employed, even after the toy has transformed from the first shape to the second shape by means of the action of a magnetic force, the toy can be restored to the rollable first shape and re-used, and games such as shooting games can hence be carried out repeatedly.

In another aspect, moreover, the present invention relates to a toy comprising a main body element and at least one first moveable element associated with said main body and moveable with respect thereto from a first position adjacent said main body, to a second position in which at least a portion of a said first moveable element has moved away from said main body, said at least one first moveable element being permanently biased toward said second position, and being provided with catch means co-operable with releasable latch means in said main body element to maintain at least one said first moveable element in said first position until said latch means is released.

Preferably, said main body element, together with said at least one first moveable element, are a first shape when said at least one first moveable element is in said first position, and a second shape when said at least one first moveable element is in said second position.

The first shape may be selected from the group consisting of spheres, cubes, tetrahedrons, pyramids, triangular prisms,

4

egg shapes, parallelpipids, cylinders, discus shapes, toruses, teardrops, lozenges, animal shapes, planet shapes, robot shapes, vehicle shapes, building shapes, tree shapes, sports equipment related shapes, weapons shapes, character-head shapes, and the like.

In the most advantageous embodiment, the releasable latch is biased to a position in engagement with said catch.

Furthermore, the releasable latch will preferably be provided with a magnet, whereby said releasable latch may be moved out of engagement with said catch by attraction of said magnet to a ferrous or other magnetic metal surface, or a second magnet.

In a most preferred form of the present invention at least one second moveable element is hinged to said at least one first moveable element and moveable from a close position adjacent said at least one first moveable element, to an open position away from said at least one first moveable element, and said at least one second moveable element is biased toward said open position, and foldable to said closed position, said at least one second moveable element being restrained against movement toward said open position while said catch is in engagement with said releasable latch.

According to the present invention, because the magnetic-force-expansion-style toy can be made rollable, the commercial value of the toy can be dramatically increased, and the impartation of fresh wonderment and intellectual excitement to its players is potentiated.

Other objects and features of the present invention will become apparent from the following detailed description considered in conjunction with the accompanying drawings. It is to be understood, however, that the drawings are designed solely for purposes of illustration and not as a definition of the limits of the invention, for which reference should be made to the appended claims. It should be further understood that the drawings are not necessarily drawn to scale and that, unless otherwise indicated, they are merely intended to conceptually illustrate the structures and procedures described herein.

BRIEF DESCRIPTION OF THE DRAWINGS

In the drawings:

FIG. 1 is an exploded perspective view of the toy pertaining to embodiment 1 of the present invention;

FIG. 2 is a plane view of the toy shown in drawing 1, showing a pre-transformation state;

FIG. 3 is a front view of the toy shown in drawing 1, showing a pre-transformation state;

FIG. 4 is a perspective view of the toy shown in drawing 1, showing a pre-transformation state;

FIGS. 5(a) and 5(b) are two fragmentary sectional views of the V-V section in drawing 2 of the toy shown in drawing 1, (a) showing a pre-transformation state, and (b) showing a post-transformation state;

FIGS. 6(a) and 6(b) are two fragmentary sectional views of the VI-VI section in drawing 3 of the toy shown in drawing 1, (a) showing a pre-transformation state, and (b) showing a post-transformation state;

FIG. 7 is a perspective view of the toy shown in drawing 1, showing a post-transformation state;

FIG. 8 is an exploded perspective view of the toy pertaining to embodiment 2 of the present invention;

FIG. 9 is a plane view of the toy shown in drawing 8, showing a pre-transformation state;

FIG. 10 is a front view of the toy shown in drawing 8, showing a pre-transformation state;

US 9,868,073 B2

5

FIG. **11** is a perspective view of the toy shown in drawing **8**, showing a pre-transformation state;

FIGS. **12**(a) and **12**(b) are two fragmentary sectional views of the XII-XII section in drawing **10** of the toy shown in drawing **8**, (a) showing a pre-transformation state, and (b) showing a post-transformation state;

FIG. **13** is a left side view of the toy shown in drawing **8**, showing a post-transformation state;

FIG. **14** is a plane view of the toy shown in drawing **8**, showing a post-transformation state; and

FIG. **15** is a perspective view of the toy shown in drawing **8**, showing a post-transformation state.

DETAILED DESCRIPTION OF THE
PRESENTLY PREFERRED EMBODIMENTS

Toy **1** pertaining to embodiment 1 of the present invention shall be described below with reference to drawings **1**-**7**. Toy **1** pertaining to the present embodiment is an item that transforms from a rollable, spherical shape (the first shape: drawings **2**-**4**) to a fictitious character shape (the second shape: drawing **7**) symbolizing a "malevolent angel" by means of the action of a magnetic force.

Firstly, the construction of toy **1** pertaining to the present embodiment shall be described.

As shown in drawings **1**-**4**, toy **1** is constructed of an exterior structure assigned to the exterior of toy **1**, which forms an overall spherical shape, and an interior structure contained within the interior of the exterior structure. The exterior structure is endowed with a lower component **2** that constitutes the lower section of toy **1**, an upper component **3** that constitutes the upper section of toy **1**, and **4** lateral components **4**-**7** that constitute the circular section forming the upper and lower central region of toy **1**. Further, the interior structure is endowed with a front component **8** assigned to the front interior location of toy **1**, which constitutes the anterior portion of the character, a back component **9** assigned to the back interior location of toy **1**, which constitutes the posterior portion of the character, a locking component **10** assigned to the interval between front component **8** and back component **9**, a magnet **11** fixed to the lower end of locking component **10**, a spring **12** that effects a force which moves locking component **10** upwardly, and support components **13** and **14** assigned to the left and right rear of back component **9**, which support lateral components **4**-**7**.

As shown in drawings **1**-**3**, lower component **2** of the exterior structure expresses a slight dome shape, as if it were a section of a sphere that has been cut off, and the exterior surface thereof constitutes one section (the lower section) of the spherical shape. As shown in drawings **1** and **5**, a circular through-hole **2**a is furnished in the central region of lower component **2**. Locking component **10**, magnet **11** and spring **12** of the interior structure are assigned to the interior space of through-hole **2**a in such a way that they can move in the interval between the central location and near-surface location of toy **1** in a rectilinear fashion. Here, as shown in drawing **5**, there is a space formed for the movement of the magnet in the interval between magnet **11** and the near-surface vicinity of toy **1**. Locking component **10** etc. for these components shall be described in detail below.

As shown in drawings **1**-**3**, upper component **3** of the exterior structure expresses a slight dome shape, as if it were a section of a sphere that has been cut off, and the exterior surface thereof constitutes one section (the upper section) of the spherical shape. As shown in drawings **1** and **6**, concave portion **3**a is formed within the interior of upper component

6

**3** in order to contain front component **8** and the upper portion of back component **9** (the head portion of the character). Further, as shown in drawings **1** and **2**, notch portion **3**b is furnished in the marginal portion of upper component **3**. Back protruding portion **9**a of back component **9** of the interior structure is inlaid in this notch portion **3**b. And, as shown in drawing **2**, upper component **3** is connected to back protruding portion **9**a of back component **9** through turning axis **20** in such a way that it can turn. Here, upper component **3** is biased in such a way that it turns upwardly (namely, the direction in which it separates with respect to back component **9**) by means of the elastic force of spring **30** assigned to the interval between upper component **3** and back component **9**.

Further, as shown in drawings **1** and **6**, cross section L-shaped convex portion **3**c is furnished in the location opposite notch portion **3**b of the marginal portion of upper component **3**, and this convex portion **3**c is such that it locks onto convex portion **4**b of lateral component **4**. As shown in drawing **6**(a), in the event that lateral component **4** is closed, upper component **3** does not turn upwardly due to convex portion **3**c of upper component **3** being locked onto convex portion **4**b of lateral component **4**. On the contrary, as shown in drawing **6**(b), in the event that lateral component **4** is opened laterally, upper component **3** turns upwardly by means of the elastic force of spring **30**, due to the locked state of convex portion **3**c of upper component **3** and concave portion **4**b of lateral component **4** being released.

As shown in drawing **1** etc., lateral components **4**-**7** of the exterior structure are husk-shaped components with a roughly circular arc shape, endowed with a particular thickness and width, and the exterior surfaces thereof constitute one section (the circular section forming the upper and lower central region) of the spherical shape by means of them combining. Bearing portions **4**a-**7**a are furnished on one end of lateral components **4**-**7**. The respective bearing portions **4**a and **5**a of the two upper and lower lateral components **4** and **5**, which are assigned to the right side in drawings **1** and **3**, etc., are inlaid in notch portion **13**a of support component **13**. And, these right-side lateral components **4** and **5** are connected to support component **13** through turning axis **21**. Here, lateral component **4** is biased in such a way that it turns outwardly (namely, the direction in which it opens) by means of the elastic force of spring **31**, which is assigned to the interval between lateral component **4** and support component **13**. On the contrary, the respective bearing portions **6**a and **7**a of the two upper and lower lateral components **6** and **7**, which are assigned to the left side in drawings **1** and **3**, etc., are inlaid in notch portion **14**a of support component **14**. And, these left-side lateral components **6** and **7** are connected to support component **14** through turning axis **22**. Here, lateral component **6** is biased in such a way that it turns outwardly (namely, the direction in which it opens) by means of the elastic force of spring **32**, which is assigned to the interval between lateral component **6** and support component **14**.

Further, protrusions **5**b and **7**b are respectively furnished on the upper side of the two left and right lateral components **5** and **7**, which are assigned to the lower section in drawings **1** and **3**, etc. Protrusion **5**b of right side lateral component **5**, which is assigned to the lower section, is inlaid in a groove portion of right side lateral section **4**, which is assigned to the upper section, and is not shown in the drawings. By means of this, when upper right side lateral component **4** turns upon turning axis **21** by means of the elastic force of spring **31**, lower right side lateral component **5** turns integrally with this lateral component **4**. Further, protrusion **7**b

US 9,868,073 B2

7                                                                                          8

of left side lateral section 7, which is assigned to the lower section, is inlaid in a groove portion of left side lateral section 6, which is assigned to the upper section, and is not shown in the drawings. By means of this, when upper left side lateral component 6 turns upon turning axis 22 by means of the elastic force of spring 32, lower left side lateral component 7 turns integrally with this lateral component 6.

Further, as shown in drawings 1 and 5, U-shaped exterior locking portions 5c and 7c, which are respectively locked by the two left and right interior locking portions 10c and 10c of locking component 10 of the interior structure, are furnished on the inner side of the two left and right lateral components 5 and 7, which are assigned to the lower section in drawings 1 and 3, etc. As shown in drawing 5(a), in the event that a magnetic force has not acted on toy 1 and locking component 10 of the interior structure is upwardly biased by means of the elastic force of spring 12, lateral components 5 and 7 do not turn outwardly, due to exterior locking portion 5c of right side lateral component 5 and exterior locking portion 7c of left side lateral component 7 being locked respectively onto right side interior locking portion 10c and left side interior locking portion 10c. On the contrary, as shown in drawing 5(b), in the event that a magnetic force has acted on toy 1 and locking component 10 of the interior structure has moved downwardly, lateral components 4 and 6 (and lateral components 5 and 7, which turn simultaneously therewith) turn outwardly by means of the elastic force of springs 31 and 32, due to the locked state of interior locking portions 10c and 10c of locking component 10 and exterior locking portions 5c and 7c of lateral components 5 and 7 being released.

Furthermore, lateral components 4-7 of the exterior structure correspond to the first exterior turning component in the present invention, and turning axes 21 and 22 correspond to the exterior turning axes in the present invention. Further, upper component 3 corresponds to the second exterior turning component in the present invention, and turning axis 20 corresponds to the second exterior turning axis in the present invention. Further, spring 30, which effects a force that turns upper component 3, and springs 31 and 32, which effect a force that turns lateral components 4-7, correspond to the turning means and transformation means in the present invention.

As shown in drawings 1 and 5, front component 8 and back component 9 of the interior structure are assigned to the upper section of lower component 2 of the exterior structure, and constitute the body portion and head portion of the character by means of being combined and held together by screw 40. As shown in drawing 5, there is a space formed within in the interior of the back portion, which is constructed of the combination of front component 8 and back component 9, in order to house the vertical movement of locking component 10. This space is formed from the central location of toy 1 towards the near-surface location of toy 1 in such a way that it is in communication with the interior space of through-hole 2a of lower component 2, and is such that this space and magnet 11 are aligned in a near-rectilinear fashion. Further, support components 13 and 14 are mounted onto the left and right rear of back component 9.

As shown in drawings 1 and 5 etc., locking component 10 of the interior structure expresses a roughly T-shape and is endowed with a left-and-right extending portion 10a that extends in the left and right directions, and a tapered tubular portion 10b that extends downwards from the center of left-and-right extending portion 10a. And, interior locking portions 10c and 10c are furnished on both ends of left-and-right extending portion 10a, and magnet 11 is fixed onto the

bottom end of tapered tubular portion 10b. Interior locking portions 10c and 10c are respectively locked onto exterior locking portions 5c and 7c of the exterior structure. As shown in drawing 5, magnet 11 is assigned to a location near the surface of toy 1 (the surface of lower component 2 of the exterior structure). As shown in drawing 5, the lower end of spring 12 is supported by means of support portion 2b, which is furnished on through-hole 2a of lower component 2, and is effected by an elastic force that propels the peripheral surface of tapered tubular portion 10b of locking component 10 upwardly. Furthermore, magnet 11 corresponds to the magnetic body in the present invention, and spring 12 corresponds to the biasing means in the present invention.

Next, the transformation action of toy 1 pertaining to the present embodiment shall be described.

In the event that no metallic or other magnetic substance exists near magnet 11 of the interior structure of toy 1, magnet 11 does not move by means of a magnetic force, and locking component 10 is thereby maintained in a state of being pressed from the exterior towards the central region of toy 1 by means of the elastic force of spring 12 of the interior structure. As shown in drawing 5(a), in this state, exterior locking portions 5c and 7c of the exterior structure are locked by the left and right interior locking portions 10c and 10c of locking component 10 of the interior structure, and the spherical shape (the first shape) of the exterior structure as shown in drawings 2-4 is thereby maintained.

On the contrary, as shown in drawing 5(b), in the event that a metallic or other magnetic substance (metal-embedded card M) exists near magnet 11 of the interior structure of toy 1, a magnetic force that attracts magnet 11 and the magnetic substance acts. By means of the action of such a magnetic force, magnetic 11 and locking component 10 of the interior structure of toy 1 resist the elastic force of spring 12 and move integrally from the central location towards the exterior of toy 1, and the locked state of the left and right interior locking portions 10c and 10c of locking component 10 of the interior structure and exterior locking portions 5c and 7c of the exterior structure is thereby released.

Hereby, the exterior structure transforms to the character shape (the second shape) as shown in drawing 7 by means of springs 30, 31 and 32. Here, first, the locked state of interior locking portions 10c and 10c and exterior locking portions 5c and 7c is released, and lateral components 4-7 turn by means of the force of springs 31 and 32. Next, as shown in drawing 6(b), upper component 3 turns upwardly by means of the elastic force of spring 30, due to the locked state of convex portion 3c of upper component 3 and concave portion 4b of lateral component 4 being released by means of the turning of lateral components 4-7.

Further, to restore the shape of toy 1 from the character shape (the second shape) to the spherical shape (the first shape), first, work against the elastic force of spring 30 and turn upper component 3 of the exterior structure downwardly. Next, work against the elastic force of springs 31 and 32 and turn lateral components 4-7 of the exterior structure towards the front central area, lock convex portion 3c of upper component 3 and concave portion 4b of lateral component 4 while also locking exterior locking portions 5c and 7c of the exterior structure and interior locking portions 10c and 10c of the interior structure. By means of such an operation, the shape of the exterior structure of toy 1 is restored to a spherical shape. And, the spherical shape of toy 1 is maintained until a magnetic force acts once again.

In toy 1 pertaining to the embodiment described above, toy 1 can maintain a rollable, spherical shape (the first

US 9,868,073 B2

9

10

shape) until a force (magnetic force) that attracts magnet **11** acts from the exterior of toy **1**. Consequently, the realization of games such as shooting games in which toy **1** pertaining to the present embodiment is sent running through a travel motion toy, for example, is potentiated. Further, simply by effecting a magnetic force from the exterior of toy **1**, magnet **11** and locking component **10** within the interior of toy **1** move, and the locked state of interior locking portions **10**c and **10**c of the interior structure and exterior locking portions **5**c and **7**c of the exterior structure is thereby released, and toy **1** can hence automatically transform from the spherical shape to the character shape (the second shape). Consequently, by positioning a metallic etc. magnet in a particular location on a travel motion toy, for example, the sudden transformation of toy **1** traveling on the travel motion toy in a rollable, spherical shape to a different shape (the second shape), on this particular location, is potentiated. Further, because the mechanism for transforming toy **1** is relatively simple, the realization of the miniaturization of the toy is also potentiated. Hereby, the commercial value of the toy can be dramatically increased, and the impartation of fresh wonderment and intellectual excitement to its players is potentiated.

Further, in toy **1** pertaining to the embodiment described above, the exterior structure is constructed in such a way that it is restorable from the character shape (the second shape) to the spherical shape (the first shape), and moreover, in the event that the exterior structure has been restored to the spherical shape, a locked state of interior locking portions **10**c and **10**c and exterior locking portions **5**c and **7**c is realized, and this spherical shape is thereby maintained once again. Consequently, even after toy **1** has transformed from the spherical shape to the character shape by means of the action of a magnetic force, toy **1** can be restored to a rollable, spherical shape and re-used, and games such as shooting games can hence be carried out repeatedly.

Embodiment 2

Next, toy **1**A pertaining to embodiment 2 of the present invention shall be described with reference to drawings **8-15**. Toy **1**A pertaining to the present embodiment is an item that transforms from a rollable, spherical shape (the first shape: drawings **9-11**) to a fictitious character shape (the second shape: drawings **13-15**) symbolizing a "fiendish dragon" by means of the action of a magnetic force.

Firstly, the construction of toy **1**A pertaining to the present embodiment shall be described.

As shown in drawings **8-11**, toy **1**A is constructed of an exterior structure assigned to the exterior of toy **1**A, which forms an overall spherical shape, and an interior structure contained within the interior of the exterior structure. The exterior structure is endowed with hemispherical structure components **2**A and **2**B that constitute the hemispherical portion assigned to the lower section of toy **1**A, leg components **3**A and **3**B mounted onto the lower section of the hemispherical portion of toy **1**A in such a way that they are turnable, central turning components **4**A and **4**B mounted onto the upper central portion of the hemispherical portion of toy **1**A in such a way that they are turnable, and lateral turning components **7**A and **7**B etc. mounted onto the upper left and right lateral portions of the hemispherical portion of toy **1**A in such a way that they are turnable. Further, the interior structure is endowed with an interior turning component **8**A assigned to the interior of the hemispherical portion of toy **1**A in such a way that it is turnable, a magnet **9**A fixed to the lower section of interior turning component

**8**A, a turning locking component **10**A that turns simultaneously with the turning of interior turning component **8**A, a spring **11** that effects a force which turns turning locking component **10**A in a particular direction, etc.

As shown in drawing **8**, hemispherical structure components **2**A and **2**B of the exterior structure express a shape as if a hemisphere has been cut down the middle, and together constitute a hemispherical portion by means of being combined and held together by bolt **40**A. A hollow portion is formed within the hemispherical portion, which is constructed by means of hemispherical structure components **2**A and **2**B, and interior turning component **8**A, magnet **9**A, turning locking component **10**A, etc. of the interior structure are contained within this hollow portion. Further, a hole portion is formed on the lower section of the hemispherical portion, which is constructed by means of hemispherical structure components **2**A and **2**B, and is such that magnet **9**A is exposed to the exterior from this hole portion. Interior turning component **9**A etc. shall be described in detail below.

As shown in drawings **8** and **10**, leg components **3**A and **3**B of the exterior structure are the parts that correspond to the leg portions of the character, and are connected to the lower lateral portions of hemispherical structure components **2**A and **2**B in such a way that they are turnable upon the respective turning axes thereof. As shown in drawings **13** and **15**, leg components **3**A and **3**B can be used as the leg portions of the character by means of the player grasping a section thereof with his/her fingers and turning it approximately 180°. Further, as shown in drawings **10** and **11**, in the event that leg components **3**A and **3**B are not used as the leg portions, the exterior surfaces of leg components **3**A and **3**B are such that they constitute one section of the spherical shape.

As shown in drawings **8-10**, central turning components **4**A and **4**B of the exterior structure are roughly circular arc-shaped components endowed with a particular thickness, and the peripheral surfaces thereof constitute one section of the spherical shape. As shown in drawings **8** and **12**, central turning components **4**A and **4**B are connected to hemispherical structure components **2**A and **2**B through connecting turning component **5**A. First bearing portions **2**Aa and **2**Ba are furnished on the upper portion of hemispherical structure components **2**A and **2**B so that they connect to connecting turning component **5**A respectively through left-and-right direction turning axis **20**A (drawing **12**) in such a way that they are turnable. One end of connecting turning component **5**A is connected to the first bearing portions **2**Aa and **2**Ba of these hemispherical structure components **2**A and **2**B through turning axis **20**A in such a way that it is turnable. Further, the other end of connecting turning component **5**A is connected to one end of central turning components **4**A and **4**B through turning axis **21**A in such a way that it is turnable. Here, connecting turning component **5**A is assigned to the interval between central turning components **4**A and **4**B in such a way that is inserted therebetween. Further, central turning components **4**A and **4**B are biased in such a way that they turn backwardly by means of the elastic force of spring **30** assigned to the interval between connecting turning component **5**A and central turning components **4**A and **4**B.

Further, as shown in drawings **8** and **12**, L-shaped exterior locking portion **5**Aa, which is locked onto interior locking portion **10**Ac of turning locking component **10**A of the interior structure, is furnished on connecting turning component **5**A. As shown in drawing **12**(a), in the event that a magnetic force does not act on toy **1**A and interior locking portion **10**Ac of the interior structure turns forwardly by

US 9,868,073 B2

11 12

means of the elastic force of spring 11A, connecting turning component 5A and central turning components 4A and 4B do not turn upwardly, due to exterior locking portion 5Aa of connecting turning component 5A being locked onto interior locking component 10Ac. On the contrary, as shown in drawing 12(b), in the event that a magnetic force has acted on toy 1A and interior locking portion 10Ac of the interior structure has turned backwardly, central turning components 4A and 4B turn backwardly by means of the elastic force of spring 30A, due to the locked state of interior locking portion 10Ac and exterior locking portion 5Aa being released. Hereupon, the exterior surfaces of central turning components 4A and 4B abut against convex portion 2Bb furnished on the backside of hemispherical structure component 2B, and central turning components 4A and 4B and connecting turning component 5A are propelled upwardly by means of the reactive force from this convex portion 2Bb. Further, central turning components 4A and 4B are pushed forwardly by means of the respective back end portions of lateral turning components 7A and 7B, which turn by means of the elastic force of springs 31A and 31B. Hereby, central turning components 4A and 4B and connecting turning component 5A turn upwardly and forwardly.

Further, horn component 6A is connected in the interval between central turning components 4A and 4B through turning axis 22A in such a way that it is turnable. As shown in drawings 13-15, horn component 6A can be used as the horn portion of the character by means of the player grasping the tip thereof with his/her fingers and turning it a predetermined angle. As shown in drawings 9-11, in the event that horn component 6A is not used as the horn portion, the exterior surface of horn component 6A is such that it constitutes one section of the spherical shape.

As shown in drawings 8-11 etc., lateral turning components 7A and 7B of the exterior structure express a shape as if a hemisphere has been cut down the middle, and the size thereof is slightly smaller than that of hemispherical structure components 2A and 2B. As shown in drawings 8 and 14, lateral turning components 7A and 7B are connected to the upper portion of hemispherical structure components 2A and 2B in such a way that they are turnable. Second bearing portions 2Ac and 2Bc are furnished on the upper portion of hemispherical structure components 2A and 2B so that they connect to lateral turning components 7A and 7B respectively through up-and-down direction turning axes 23A and 23B in such a way that they are turnable. One end of lateral turning components 7A and 7B is connected to the second bearing portions 2Ac and 2Bc of these hemispherical structure components 2A and 2B through turning axes 23A and 23B in such a way that they are turnable. Here, lateral turning components 7A and 7B are biased in such a way that they turn backwardly by means of the elastic force of springs 31A and 3B assigned to the interval between lateral turning components 7A and 7B and hemispherical structure components 2A and 2B.

As shown in drawing 12(a), in the event that a magnetic force does not act on toy 1A and central turning components 4A and 4B and connecting turning component 5A do not turn, and lateral turning components 7A and 7B do not turn, due to the respective back end portions of lateral turning components 7A and 7B abutting against the respective back end portions of central turning components 4A and 4B. On the contrary, in the event that a magnetic force has acted on toy 1A and central turning components 4A and 4B have turned upwardly, the turn of lateral turning components 7A and 7B is allowed, due to a slight gap on the back sections of the respective back end portions of central turning components

4A and 4B, into which the respective back end portions of lateral turning components 7A and 7B can enter, being formed. And, central turning components 4A and 4B, which were pushed forwardly by means of the respective back end portions of lateral turning components 7A and 7B, then turn upwardly and forwardly.

Furthermore, central turning components 4A and 4B and connecting turning component 5A of the exterior structure correspond to the first exterior turning components in the present invention, and turning axes 20A and 21A correspond to the first exterior turning axis in the present invention. Further, lateral turning components 7A and 7B correspond to the second exterior turning components in the present invention, and turning axes 23A and 23B correspond to the second exterior turning axes in the present invention. Further, spring 30A, which effects a force that turns central turning components 4A and 4B, and springs 31A and 31B, which effect a force that turns lateral turning components 7A and 7B, correspond to the turning means and transformation means in the present invention.

As shown in drawings 8 and 12 etc., interior turning component 8A of the interior structure is endowed with large circular tubular portion 8Aa, extending portion 8Ab furnished in such a way that it extends in one direction from large circular tubular portion 8Aa, and two protrusions 8Ac and 8Ac furnished in such a way that they extend from large circular tubular portion 8Aa in a roughly perpendicular direction to the extension direction of extending portion 8Ab. Large circular tubular portion 8Aa of interior turning component 8A is connected with bolt 40B to turning axis portion 2Bb, which is furnished in the interior of hemispherical structure component 2B. By means of this, interior turning component 8A is turnable upon the left-and-right direction turning axis (the first interior turning axis). Further, magnet 9A is fixed on the lower end of extending portion 8Ab of interior turning component 8A. As shown in drawing 12, magnet 9A is assigned to a location near the surface of toy 1A (the surface of hemispherical structure components 2A and 2B of the exterior structure). Further, as shown in drawing 12, a space only allowing for magnet 9A to turn is furnished in the interval between magnet 9A and the near-surface location of toy 1A, and this space and magnet 9A are positioned in a near-rectilinear fashion in the interval between the central location of toy 1A and the near-surface location of toy 1A.

As shown in drawings 8 and 12 etc., turning locking component 10A of the interior structure is endowed with small circular tubular portion 10Aa, protruding portion 10Ab furnished in such a way that it protrudes in one direction from small circular tubular portion 10Aa, and L-shaped interior locking portion 10Ac furnished in such a way that it extends from small circular tubular portion 10Ac in an opposite direction to protruding portion 10Ab. Small circular tubular portion 10Aa of turning locking component 10A is connected through pin 50A to interior bearing portion 2Be, which is furnished in the interior of hemispherical structure component 2B. By means of this, turning locking component 10A is turnable upon the left-and-right direction turning axis (the second interior turning axis). Here, turning locking component 10A is biased in such a way that it turns in a particular direction (the direction in which interior locking portion 10Ac, which is positioned on the upper section, turns forwardly) by means of the elastic force of spring 11A, which is assigned to the interval between turning locking component 10A and hemispherical structure component 2B. As shown in drawing 12, protruding portion 10Ab of turning locking component 10A is inlaid in the

US 9,868,073 B2

13                                                14

interval between the two protrusions **8**Ac and **8**Ac of interior turning component **8**A in such a way that it is swingable. Further, interior locking portion **10**Ac of interior turning component **8**A is locked onto exterior locking portion **5**Aa of connecting turning component **5**A of the exterior structure. Furthermore, interior turning component **8**A of the interior structure corresponds to the first interior turning portion in the present invention, turning locking component **10**A corresponds to the second interior turning portion in the present invention, and spring **11**A corresponds to the biasing means in the present invention.

Next, the transformation action of toy **1**A pertaining to the present embodiment shall be described.

In the event that no metallic or other magnetic substance exists near magnet **9**A of the interior structure of toy **1**A, magnet **9**A does not move by means of a magnetic force, and turning locking component **10**A is thereby maintained in a state of being biased in a particular direction (the direction in which interior locking portion **10**Ac, which is positioned on the upper section, turns forwardly) by means of the elastic force of spring **11**A of the interior structure. As shown in drawing **12**(*a*), in this state, exterior locking portion **5**Aa of connecting turning component **5**A of the exterior structure is locked by interior locking portion **10**Ac of turning locking component **10**A of the interior structure, and the spherical shape of the exterior structure as shown in drawings **9**-**11** is thereby maintained.

On the contrary, as shown in drawing **12**(*b*), in the event that a metallic or other magnetic substance (metal-embedded card M) exists near magnet **9**A of the interior structure of toy **1**A, a magnetic force that attracts magnet **9**A and the magnetic substance acts. By means of this, magnet **9**A of the interior structure and interior turning component **8**A of the interior structure of toy **1**A turn integrally in direction R1 of drawing **12**. When interior turning component **8**A turns in such a way, protruding portion **10**Ab of turning locking component **10**A, which is inlaid in the two protrusions **8**Ac and **8**Ac of interior turning component **8**A, swings forwardly, and the locked state of interior locking portion **10**Ac of turning locking component **10**A and exterior locking portion **5**Aa of connecting turning component **5**A is released due to turning locking component **10**A turning in direction R2 of drawing **12**.

Hereby, the exterior structure transforms to the character shape (the second shape) as shown in drawings **13**-**15** by means of springs **30**A, **31**A and **31**B. Here, first, the locked state of interior locking portion **10**Ac and exterior locking portion **5**Aa is released, and central turning components **4**A and **4**B and connecting turning component **5**A turn by means of the elastic force of spring **30**A. Next, lateral turning components **7**A and **7**B move backwardly by means of the elastic force of springs **31**A and **31**B, due to the turning of lateral turning components **7**A and **7**B being allowed by means of the turning of central turning components **4**A and **4**B.

Further, to restore the shape of toy **1**A from the character shape (the second shape) to the spherical shape (the first shape), first, work against the elastic force of springs **31**A and **31**B and turn lateral turning components **7**A and **7**B of the exterior structure forwardly. Next, work against the elastic force of spring **30** and turn central turning components **4**A and **4**B and connecting turning component **5**A backwardly, and lock exterior locking portion **5**Aa of the exterior structure and interior locking portion **10**Ac of the interior structure. By means of such an operation, the shape

of the exterior of toy **1**A is restored to a spherical shape. And, the spherical shape of toy **1**A is maintained until a magnetic force acts once again.

In toy **1**A pertaining to the embodiment described above, toy **1**A can maintain a rollable, spherical shape (the first shape) until a force (magnetic force) that attracts magnet **9**A acts from the exterior of toy **1**A. Consequently, the realization of games such as shooting games in which toy **1**A pertaining to the present embodiment is sent running through a travel motion toy, for example, is potentiated. Further, simply by effecting a magnetic force from the exterior of toy **1**A, magnet **9**A and interior turning component **8**A within the interior of toy **1**A turn, and the locked state of interior locking portion **10**Ac of the interior structure and exterior locking component **5**Aa of the exterior structure is thereby released, and toy **1**A can hence automatically transform from the spherical shape to the character shape (the second shape). Consequently, by positioning a metallic etc. magnet in a particular location on a travel motion toy, for example, the sudden transformation of toy **1**A traveling on the travel motion toy in a rollable, spherical shape to a different shape (the second shape), on this particular location, is potentiated. Further, because the mechanism for transforming toy **1**A is relatively simple, the realization of the miniaturization of the toy is also potentiated. Hereby, the commercial value of the toy can be dramatically increased, and the impartation of fresh wonderment and intellectual excitement to its players is potentiated.

Further, in toy **1**A pertaining to the embodiment described above, the exterior structure is constructed in such a way that it is restorable from the character shape (the second shape) to the spherical shape **9** (the first shape), and moreover, in the event that the exterior structure has been restored to the spherical shape, a locked state of interior locking portion **10**Ac and exterior locking portion **5**Aa is realized, and this spherical shape is thereby maintained once again. Consequently, even after toy **1**A has transformed from the spherical shape to the character shape by means of the action of a magnetic force, toy **1**A can be restored to a rollable, spherical shape and re-used, and games such as shooting games can hence be carried out repeatedly.

Furthermore, the present invention is not limited to the above embodiments; a variety of transformations are possible without departing from the scope thereof. For example, in the above embodiments, although examples of the realization of the transformation of the toy by means of placing a magnet in the interior of the toy in such a way that it is movable (turnable) and placing a metallic or other magnetic substance at the exterior of the toy and causing the magnetic inside the toy to move (turn) have already been shown, the transformation of the toy may also be realized by means of placing a metallic or other magnetic substance in the interior of the toy in such a way that it is movable (turnable) and placing a magnet at the exterior of the toy, which attracts the magnetic substance inside the toy and causes it to move (turn).

Further, in the above embodiments, although examples of the realization of the transformation of the toy by means of attracting the magnetic substance (magnet) inside the toy and causing it to move from the central location to the near-surface location of the toy have already been shown, the aspect of the moving (turning) of the magnetic substance (magnet) inside the toy is not limited to this. For example, the employment of a structure that causes the magnetic substance inside the toy to move (turn) from the near-surface location to the central location of the toy, by means of causing the magnetic pole of the magnetic substance on the

15

16

exterior and the magnetic pole of the magnetic substance inside the toy to repel each other and thereby realize the transformation of the toy, is also possible. To employ such a structure, interchange the magnet assigned to the interval between the central location of the toy and the near-surface location of the toy (for example, magnets **11** and **9**A in the said embodiments) and the moving space of the magnet and location thereof, and at the very least furnish the interval between the center of the toy and the magnet with this space.

Further, in the above embodiments, although examples in which a "spherical shape" is employed as the first shape of the toy have already been shown, other rollable shapes (a rugby ball shape or a circular, tubular shape, for example) can also be employed as the first shape of the toy. Further, the second shape of the toy is also not particularly limited; a variety of shapes can be employed.

Further, in the above embodiments, although examples in which springs were employed as the biasing means, transformation means and turning means, rubber or other elastic bodies can also be employed as the biasing means, etc.

EXPLANATION OF LETTERS AND NUMBERS

**1** & **1**A Toy

**3** Upper component (the second exterior turning component)

**4-7** Lateral components (the first exterior turning components)

**4**A & **4**B Central turning components (the first exterior turning components)

**5**A Connecting turning component (the first exterior turning component)

**7**A & **7**B Lateral turning components (the second exterior turning components)

**5**c, **7**c & **5**Aa Exterior locking portions

**8**A Interior turning component (the first interior turning portion)

**10**A Turning locking component (the second interior turning portion)

**10**c & **10**Ac Interior locking portion

**11** & **9**a Magnet (magnetic body)

**12** & **11**A Springs (biasing means)

**20** Turning axis (the second exterior turning axis)

**21** & **22** Turning axes (the first exterior turning axes)

**30**, **31** & **32** Springs (transformation means, turning means)

Thus, while there have shown and described and pointed out fundamental novel features of the invention as applied to a preferred embodiment thereof, it will be understood that various omissions and substitutions and changes in the form and details of the devices illustrated, and in their operation, may be made by those skilled in the art without departing from the spirit of the invention. For example, it is expressly intended that all combinations of those elements and/or method steps which perform substantially the same function in substantially the same way to achieve the same results are within the scope of the invention. Moreover, it should be recognized that structures and/or elements and/or method steps shown and/or described in connection with any disclosed form or embodiment of the invention may be incorporated in any other disclosed or described or suggested form or embodiment as a general matter of design choice. It is the intention, therefore, to be limited only as indicated by the scope of the claims appended hereto.

What is claimed:

1. A transformable toy comprising:
a first toy component including:
    a toy body;
    at least one auxiliary component coupled with the body and rotatable towards the body to a closed position and rotatable away from the body to an open position,
    wherein in the closed position, the first toy component is rollable;
    at least one auxiliary component elastic element,
    wherein the at least one auxiliary component is rotatably associated with the body via the at least one auxiliary component elastic element, such that the at least one auxiliary component elastic element biases the at least one auxiliary component to the open position away from the body;
    a locking component associated with the toy body and selectively positionable between a first, locked position wherein the at least one auxiliary component is retained in the closed position, and a second, disengaged position wherein the at least one auxiliary component is released to the open position, the locking component including a latch and a keeper engaged with the latch when the locking assembly is in the first, locked position; and
    a first magnetically-responsive member associated with the locking component; and
a second toy component separate from the first toy component and including a second magnetically-responsive member,
wherein at least one of the first magnetically-responsive member and the second magnetically-responsive member is a magnet,
wherein upon the second magnetically-responsive member being brought into proximity of the first magnetically-responsive member, the latch of the locking component associated with the first magnetically-responsive member moves to thereby disengage the latch from the keeper and position the locking component in the second, disengaged position.

2. The transformable toy of claim **1**, wherein in the closed position, the at least one auxiliary component and the toy body of the first toy component form a first figure shape, and in the open position, the at least one auxiliary component and the toy body of the first toy component form a second figure shape different from the first figure shape.

3. The transformable toy of claim **2**, wherein the first figure shape in the closed position presents details selected from the group consisting of: a sphere, a sports-equipment, and a vehicle.

4. The transformable toy of claim **3**, wherein the second figure shape in the open position is a character shape.

5. The transformable toy of claim **1**, the locking component further including a spring, and wherein the latch is biased into engagement with the catch via the spring.

6. The transformable toy of claim **5**,
wherein the spring has an elastic force, and
wherein the movement of the latch to disengage the latch from the keeper includes overcoming the elastic force of the spring.

7. The transformable toy of claim **6**, wherein the latch turns to disengage from the catch.

8. The transformable toy of claim **1**, wherein upon the latch being disengaged from the keeper and the locking component positioned in the second, disengaged position, the at least one auxiliary component is forcibly released to

US 9,868,073 B2

17

the open position via an elastic force of the at least one auxiliary component elastic element.

**9**. A transformable toy comprising:
a first toy component including:
a toy body;
a plurality of auxiliary components coupled with the body and rotatable towards the body to a closed position and rotatable away from the body to an open position,
wherein in the closed position, the first toy component is rollable;
a plurality of auxiliary component elastic elements each bearing an elastic force,
wherein each of the plurality of auxiliary components is rotatably associated with the body via one of the plurality of auxiliary component elastic elements, such that each respective auxiliary component elastic element biases a corresponding auxiliary component to the open position away from the body,
wherein in the closed position with the plurality of auxiliary components rotated towards the body, the first toy component presents a first figure shape;
a locking component coupled with the toy body and selectively positionable between a first, locked position wherein the plurality of auxiliary components is retained in the closed position, and a second, disengaged position wherein the plurality of auxiliary components is released to the open position, the locking component including:
a latch,
a keeper engaged with the latch when the locking assembly is in the first, locked position, and
a spring biasing the latch in engagement with the keeper to maintain the locking component in the first, locked position; and
a first magnetically-responsive member associated with the latch of the locking component; and
a second toy component separate from the first toy component and including a second magnetically-responsive member,
wherein at least one of the first magnetically-responsive member and the second magnetically-responsive member is a magnet,
wherein upon the second magnetically-responsive member being brought into proximity of the first magnetically-responsive member, the latch of the locking component of the first toy component moves to thereby disengage the latch from the keeper and position the locking component in the second, disengaged position,
wherein upon the locking component being moved to the second, disengaged position, the plurality of auxiliary components is forcibly released to the open position via the respective elastic force of the plurality of auxiliary component elastic elements,
wherein in the open position, the toy body and the plurality of auxiliary components of the first toy component present a second figure shape that is a fictitious character including a head, a body, and one or more appendages.

**10**. The transformable toy of claim **9**, wherein the first figure shape in the closed position presents details selected from the group consisting of: a sphere, a sports-equipment, and a vehicle.

**11**. The transformable toy of claim **9**,
wherein the spring of the locking component has an elastic force, and

18

wherein the movement of the latch to disengage the latch from the keeper includes overcoming the elastic force of the spring.

**12**. The transformable toy of claim **11**, wherein the latch turns to disengage from the catch.

**13**. The transformable toy of claim **12**, wherein the spring is a circular coil spring in contact with at least a portion of the latch.

**14**. The transformable toy of claim **13**, wherein the coil spring includes at least one leg, and the at least one leg is rotated when the latch is disengaged from the catch.

**15**. A transformable toy comprising:
a first toy component including:
a toy body;
a plurality of auxiliary components each movable relative to the toy body between a first position and a second position,
wherein in the first position, the first toy component is rollable; and
a locking component including:
a first magnetically-responsive member,
an elastic element,
a latch, and
a keeper,
wherein the elastic element urges the locking component towards a locking position in which the latch and the keeper are engaged with one another and at least indirectly retain the plurality of auxiliary components in the first position, and
wherein the first magnetically-responsive member is movable by a magnetic force to bring the locking component to a release position in which the latch and the keeper permit movement of the plurality of auxiliary components from the first position to the second position; and
a second toy component separate from the first toy component and including a second magnetically-responsive member,
wherein at least one of the first magnetically-responsive member and the second magnetically-responsive member is a magnet,
wherein upon the second magnetically-responsive member being brought into proximity of the first magnetically-responsive member, the magnetic force is generated, such that the latch of the locking component moves to thereby disengage the latch from the keeper and position the locking component in the release position,
wherein upon the locking component being moved to the release position, the plurality of auxiliary components is released to the second position,
wherein in the second position, the toy body and the plurality of auxiliary components of the first toy component present a fictitious character shape including a head, a body, and one or more appendages.

**16**. The transformable toy of claim **15**, wherein the first magnetically-responsive member is a magnet.

**17**. The transformable toy of claim **15**, wherein the first magnetically-responsive member is a ferrous material.

**18**. The transformable toy of claim **15**,
wherein the elastic element of the locking component has an elastic force, and
wherein the movement of the latch to disengage the latch from the keeper includes overcoming the elastic force of the elastic element.

**19**. The transformable toy of claim **18**, wherein the latch turns to disengage from the catch.

US 9,868,073 B2

19

20

**20**. The transformable toy of claim **19**,

wherein the spring is a circular coil spring in contact with at least a portion of the latch, and

wherein the coil spring includes at least one leg, and the at least one leg is rotated when the latch is released from the catch.

\* \* \* \* \*