UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

SPIN MASTER, LTD.,

*Plaintiff,*

v.

MATTEL, INC.,

*Defendant.*

Case No.: 2:18-cv-3435-RSWL-GJS

**ORDER RE JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Honorable Ronald S.W. Lew

Pursuant to the joint stipulation between the parties, and good cause appearing, IT IS HEREBY ORDERED:

1. The case and all pending claims and counterclaims stated against all parties are dismissed without prejudice.

2. The parties are to bear their own respective fees and costs.

Dated: April 18, 2019

                                            s/ RONALD S.W. LEW
                                            HON. RONALD S.W. LEW
                                            U.S. DISTRICT JUDGE